[No. 26364-1-I.   Division One.   August 19, 1991.]

FIRST INTERSTATE MORTGAGE COMPANY, *Respondent,* v. RICHARD C. CLOTFELTER, ET AL, *Appellants,* PACIFIC FIRST CENTRE PARTNERSHIP, ET AL, *Intervenors.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-08313-4, Terrence A. Carroll, J., entered May 16, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Pekelis, JJ.

[No. 26116-9-I.   Division One.   August 19, 1991.]

ANN SILVAGGIO, *Appellant,* v. HOLLAND AMERICA LINE-WESTOURS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-25306-2, Anthony P. Wartnik, J., entered April 24, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Agid, JJ.

[No. 25899-1-I.   Division One.   August 19, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LANCE JOSEPH ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-03676-4, Jack A. Richey, J. Pro Tem., entered November 14, 1989. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Forrest, JJ.